UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED
06 OCT 10 AM 8:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
PDC
                    DEPUTY

CYNTHIA LITTLEJOHN,

Plaintiff - Appellant,

v.

DENISE CHRISTIAN, Public Assistance Fraud Investigator; et al.,

Defendants - Appellees.

No. 06-56320
D.C. No. CV-06-00973-IEG

**ORDER**

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith      [X]

Explanation: _Any appeal would be frivolous._

_____
Judge
United States District Court

Date:   OCT 6 2006

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

September 26, 2006

| | |
|---|---|
| CYNTHIA LITTLEJOHN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DENISE CHRISTIAN, Public Assistance Fraud Investigator; et al.,<br><br>　　　　Defendants - Appellees. | No.  06-56320<br>D.C. No.  CV-06-00973-IEG<br><br>**REFERRAL NOTICE** |

　　　This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

　　　If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

　　　This referral shall not affect the briefing schedule previously established by this court.

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　　　Cathy A. Catterson
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　By: Corina Orozco
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk